## BARRINGTON TEACHERS' ASSOCIATION

v.

## RHODE ISLAND STATE LABOR RELATIONS BOARD et al.

### No. 81–348–M.P.

Supreme Court of Rhode Island.

Oct. 15, 1981.

Urso, Liguori & Urso, Thomas J. Liguori, Jr., Westerly, for petitioner.

Vincent F. Kane, Tillinghast, Collins & Graham, James A. Jackson, Providence, for respondents.

### ORDER

The petition for writ of certiorari is denied.

## Anthony W. BELLINI

v.

## John J. MORAN.

### No. 81–403–M.P.

Supreme Court of Rhode Island.

Oct. 15, 1981.

Harris L. Berson, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., for respondent.

### ORDER

The petition for writ of habeas corpus is denied.

## CITY OF EAST PROVIDENCE

v.

## Betty ANNESS.

### No. 81–347–M.P.

Supreme Court of Rhode Island.

Oct. 15, 1981.

Blais, Cunningham, Thayer, Gagnon & Ross, Ernest J. Pratt, Pawtucket, for defendant-petitioner.

### ORDER

The petition for writ of certiorari is denied.

## The CITY OF PROVIDENCE

v.

## Lt. Walter H. CAMPBELL et al.

### No. 81–327–M.P.

Supreme Court of Rhode Island.

Oct. 15, 1981.

Gerard McG. DeCelles, Sp. Counsel, Providence, for petitioners.

Joseph F. Penza, Jr., Providence, for respondents.

### ORDER

The petition for writ of certiorari is denied.